Exhibit 1

US008844098B2

## (12) United States Patent
### Karmatz

(10) Patent No.: **US 8,844,098 B2**
(45) Date of Patent: **Sep. 30, 2014**

(54) **APPARATUS FOR GRIPPING HANDHELD DEVICES**

(76) Inventor: **Michael Shayne Karmatz**, Melville, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 409 days.

(21) Appl. No.: **12/912,284**

(22) Filed: **Oct. 26, 2010**

(65) **Prior Publication Data**

US 2012/0042476 A1 Feb. 23, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/375,096, filed on Aug. 19, 2010.

(51) **Int. Cl.**
*B25G 3/32* (2006.01)

(52) **U.S. Cl.**
USPC .............................................. **16/422**; 16/426

(58) **Field of Classification Search**
USPC ........................ 16/110.1, 422, 426, 427, 431; 248/309.1, 558, 685–686, 27.1, 145.6, 248/121, 276.1, 205.3, 205.5; 220/636, 220/630, 628, 755–756, 761–764, 914, 220/694; 379/441–457; 361/679.19, 361/679.56–679.58; 294/169, 162, 167, 294/142, 156; 455/575.1, 575.8
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,211,445 | A | * | 7/1980 | Woods ............................ 294/25 |
| 5,396,399 | A | * | 3/1995 | Blair et al. ............... 361/679.26 |
| 6,016,248 | A | | 1/2000 | Anzai et al. |
| 6,094,341 | A | | 7/2000 | Lin |
| 6,250,553 | B1 | * | 6/2001 | Beseth et al. ................. 235/487 |
| 6,418,010 | B1 | * | 7/2002 | Sawyer ................... 361/679.05 |
| 6,697,045 | B2 | | 2/2004 | Min |
| 6,814,416 | B2 | | 11/2004 | Helot et al. |
| 6,975,507 | B2 | | 12/2005 | Wang et al. |
| 7,364,126 | B2 | * | 4/2008 | Tsai et al. ................. 248/188.8 |
| 7,561,415 | B2 | | 7/2009 | Liou et al. |
| 7,712,719 | B2 | * | 5/2010 | Derry et al. ............. 248/346.06 |
| 8,139,357 | B2 | | 3/2012 | Trang |
| 8,186,642 | B2 | * | 5/2012 | Weiss-Vons ................. 248/683 |
| 2002/0166212 | A1 | | 11/2002 | Pratl |
| 2003/0213886 | A1 | * | 11/2003 | Gilbert ........................... 248/454 |
| 2007/0062089 | A1 | | 3/2007 | Homer et al. |
| 2008/0083797 | A1 | | 4/2008 | Myers |
| 2008/0265109 | A1 | * | 10/2008 | Derry et al. ................. 248/149 |
| 2009/0261216 | A1 | | 10/2009 | Yang et al. |
| 2011/0084081 | A1 | * | 4/2011 | Chung et al. ................. 220/628 |
| 2012/0104185 | A1 | * | 5/2012 | Carroll .......................... 248/27.1 |

* cited by examiner

*Primary Examiner* — Victor Batson
*Assistant Examiner* — Matthew Sullivan
(74) *Attorney, Agent, or Firm* — The Farrell Law Firm, P.C.

(57) **ABSTRACT**

An apparatus for gripping a handheld device is provided. The apparatus includes a base for affixing the apparatus to a first surface of the handheld device; at least one extension extending from the base at a first end of the extension; and a grip extending from the at least one extension at a second end of the extension, wherein the grip is oriented substantially parallel to the first surface of the handheld device, and wherein the apparatus is adapted to receive a portion of at least one finger inserted between the grip and the handheld device.

**26 Claims, 26 Drawing Sheets**





FIG. 1A
PRIOR ART



FIG. 1B
PRIOR ART

FIG. 2



FIG. 3



FIG. 4



# FIG. 5



FIG. 6





FIG. 7A



FIG. 7B



FIG. 7C



FIG. 8A



FIG. 8B



FIG. 8C

FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



US 8,844,098 B2

1

## APPARATUS FOR GRIPPING HANDHELD DEVICES

### PRIORITY

This application claims priority under 35 U.S.C. §119(e) to a provisional patent application entitled "Holding Method for Handheld Device" filed with the United States Patent and Trademark Office on Aug. 19, 2010 and assigned Ser. No. 61/375,096, the entire content of which is incorporated herein by reference.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates generally to an apparatus for holding handheld devices. More particularly, the present invention relates to a movable grip for holding handheld devices.

#### 2. Description of the Related Art

Recently, the use of handheld electronic devices such as Personal Digital Assistants (PDAs) and smartphones, has increased significantly. In particular, due to increased usage of large touch-screen displays, larger bar-shaped devices, which are commonly shaped as a single rectangular box, are becoming more commonly used, in contrast to other forms of handheld devices including flip, rotating, and sliding handheld devices, which generally include at least two bodies connected together. Unlike the bar-shaped devices, many of these other devices are designed to be comfortably and securely held by a user with two hands while operating the devices.

However, the design of many devices, including bar-shaped devices, for example, although allowing a user to easily access a large touch screen, may create difficulty for users to securely grip these devices with a single hand, which results in users frequently dropping and damaging their devices.

FIGS. 1A and 1B are diagrams illustrating a conventional handheld device gripped by a user's hand.

Referring to FIGS. 1A and 1B, when a user securely grips a handheld device 10 with a user's fingers extending around a back and side of the handheld device 10, a range of motion of the user's thumb is limited with respect to a front surface of the device. When the handheld device 10 includes controls, such as buttons, wheels, a touch-screen, etc. throughout a front surface and/or sides of the handheld device 10, a user may not be able to access the controls with a user's thumb in this particular manner. More specifically, the user's thumb may only move with respect to the handheld device 10 through the joints of the thumb.

In order to reach other areas of the front surface of the handheld device 10 with the user's thumb, a user must either reposition the device with a similar grip, in which top or bottom fingers may no longer grip the device, or a user must use a relaxed grip, in which a user's fingers do not extend around both the back and side of the device. In either case, a user must grip the handheld device 10 less securely and/or shift the handheld device 100 with respect to the user's hand, in order for a user to access an entire range of the front surface and/or sides of the device with the user's thumb. Therefore, a user may not easily operate a handheld device 10 with one hand, while securely gripping the device with the user's fingers.

Therefore, there is a need for an apparatus for securely holding devices such as bar-shaped devices, with a single

2

hand while allowing greater range of movement of a user's fingers while holding the device.

### SUMMARY OF THE INVENTION

Accordingly, the present invention has been made to solve at least the above-mentioned problems occurring in the prior art, and the present invention provides a finger grip apparatus for a handheld device. The finger grip apparatus allows a user to securely hold a handheld device with a single hand. For a touch-screen device, the finger grip apparatus allows a user to both hold and provide user input to a touch screen with a single hand with an increased range of motion compared with gripping the handheld device directly.

According to an embodiment of the present invention an apparatus for gripping a handheld device is provided. The apparatus includes a base for affixing the apparatus to a first surface of the handheld device; at least one extension extending from the base at a first end of the extension; and a grip extending from the at least one extension at a second end of the extension, wherein the grip is oriented substantially parallel to the first surface of the handheld device, and wherein the apparatus is adapted to receive a portion of at least one finger inserted between the grip and the handheld device.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other aspects, features and advantages of the present invention will be more apparent from the following detailed description taken in conjunction with the accompanying drawings, in which:

FIGS. 1A and 1B are diagrams illustrating a conventional handheld device gripped by a user's hand;

FIG. 2 is a diagram illustrating a grip device in an open position according to an embodiment of the present invention;

FIG. 3 is a diagram illustrating a grip device having a base integrated into a sleeve of a handheld device according to an embodiment of the present invention;

FIGS. 4 to 6, 7A, 7B, 7C, 8A, 8B, and 8C are diagrams illustrating grip devices with various grip configurations according to other embodiments of the present invention;

FIGS. 9 and 10 are diagrams illustrating a grip device used as a stand in accordance with an embodiment of the present invention;

FIGS. 11 to 17 are diagrams illustrating grip devices that are movable from an open position into a closed position according to other embodiments of the present invention;

FIGS. 18 to 20 are diagrams illustrating a grip device according to other embodiments of the present invention, where a grip of the grip device moves away from a base of the grip device in a path substantially perpendicular to the base;

FIGS. 21 and 22 are diagrams illustrating a grip device with a bar-style grip according to another embodiment of the present invention with a bar-style grip;

FIGS. 23 to 25 are diagrams illustrating a grip device with two extensions according to another embodiment of the present invention; and

FIG. 26 is a diagram illustrating a range of motion of a user's thumb while using a grip device according to another embodiment of the present invention.

### DETAILED DESCRIPTION OF EMBODIMENTS OF THE PRESENT INVENTION

Hereinafter, various embodiments of the present invention will be described with reference to the accompanying draw-

3

ings. In the following description, the same elements will be designated by the same reference numerals although they are shown in different drawings. Further, various specific definitions found in the following description are provided only to help general understanding of the present invention, and it is apparent to those skilled in the art that the present invention can be implemented without such definitions. Further, in the following description of the present invention, a description of known functions and configurations incorporated herein will be omitted when it may make the subject matter of the present invention rather unclear.

FIGS. 2 through 10 are diagrams illustrating grip devices according to embodiments of the present invention.

Referring to FIG. 2, a grip device includes a base 110, an extension 120, and a grip 130.

The base 110 is used to fasten the grip device to a handheld device 140. The handheld device 140 may be an electronic device such as a mobile phone, Personal Digital Assistant (PDA), portable music player, portable video player, handheld computer, tablet computer, electronic book reader, netbook computer, etc., but is not limited thereto. Holding a handheld device 140 with the assistance of the grip device allows users to more easily grip the handheld device, including users with arthritis or other muscle or nervous system disorders that may otherwise increase difficulty in holding such devices. As shown in FIG. 4, when the handheld device 140 is a touch-screen device, the finger grip apparatus allows a user to rest fingertips along the back of the handheld device 140 instead of wrapping fingers around an entire back of the handheld device 140. This positioning allows a user's thumb to more easily reach an entire range of a touch screen, thereby allowing a user to more easily operate a touch-screen device with a single hand.

Also, although a bar-style handheld device 140 is depicted in FIG. 2, the present invention may also be applied to handheld devices of other forms, including flip-style, rotating-style, and sliding-style handheld devices.

The base 110 may be formed as a plate or other shape, removably or permanently affixed to the handled device by an adhesive or other mounting hardware such as screws or rivets (not shown). An upper surface of the base 110 may have a flat or curved upper and/or lower surfaces, which may correspond to the shape of adjacent surfaces of the handheld device 140. Although the base 110 illustrated in FIG. 2 is flat and has a substantially rectangular shape, various other shapes, such as a circle, ellipse, or other irregular shapes, including ergonomic shapes designed to rest against a user's fingers, may be used in accordance with embodiments of the present invention. The base 110 may also be integrated into a removable protective case, clip-on, or slide-on attachment/accessory for the handheld device 140.

According to various embodiments of the present invention, the base 110 may be integrated into the body of the handheld device 140, or integrated into removable components of the handheld device 140. For example, the base 110 may be integrated into a removable battery cover of the handheld device 140. For example, FIG. 3 illustrates a handheld device having a base 110 that partially covers a back and at least one other side of the handheld device. However, the base 110 may also completely cover one or more sides or surfaces of a device in accordance with embodiments of the present invention.

The base 110 may protrude from an exterior surface the handheld device 140, or may be affixed to a recess in an upper surface of the handheld device 140 in accordance with embodiments of the present invention. For example, the base may be affixed to a recess in an upper surface of the handheld

4

device 140 such that an exposed surface of the base 110 may be flush with an exposed surface of the handheld device 140 when affixed to the handheld device 140, such as illustrated in FIG. 2.

The extension 120 is positioned between the base 110 and grip 130. When the extension 120 is placed in a gripping orientation, the extension 120 provides a space between the base 110 and the grip 130, for allowing a user to insert at least one finger securely between the base 110 and the grip 130. Although the grip 130 illustrated in FIG. 2, for example, has a rectangular shape, various other shapes, such as a circle, ellipse, or other regular or irregular shapes, including ergonomic shapes designed to comfortably fit over a user's fingers, may be used in accordance with embodiments of the present invention, such as illustrated in FIGS. 4, 5, and 6. An underside of the grip 130 may be flat, as illustrated in FIG. 7A or may have contours corresponding to curves of a user's finger or fingers while they are positioned to hold the handheld device 140 while using the grip device, such as illustrated in FIG. 8A.

The extension 120 may be fixedly connected to the base 110 and the grip 130 in the gripping position. In this case, any of adjacent components from among the base 110, the extension 120, and the grip 130 may be manufactured as a single piece, or as a combination of a plurality of sub-components. Alternatively, the entire grip device may be manufactured as a single piece. The grip device may be constructed of various materials including hard and flexible materials, such as various metals, plastics, or textiles. In a case where the grip device is manufactures as a single piece, thickness of the material may vary in order for the grip device to be more flexible between the extension 120 and either of the base 110 and the grip 130 than the thickness of material in remainder of the grip device, in order to allow the grip device to move from an open position in which a user grips the handheld device 140 into a closed position for storage.

FIGS. 9 and 10 are diagrams illustrating a grip device used as a stand in accordance with an embodiment of the present invention.

Referring to FIG. 9, the grip device may be positioned on a surface, such as a table, with the grip device extended as a stand for the handheld device 140. For example, if the handheld device 140 has a display (not shown) on a side opposite a side where the grip device is positioned, the handheld device 140 may rest upon a surface at an angle advantageous for viewing images, multimedia, and/or accessing various user controls of the handheld device 140. As shown in FIGS. 9 and 10, according to an embodiment of the present invention, the grip device may rotate and/or be re-attached or repositioned with respect to the handheld device 140 such that the handheld device 140 may rest in a portrait and/or landscape orientation.

Although the extension 120 illustrated in FIGS. 7A, 7B, 7C, 8A, 8B, and 8C is a single piece, the extension 120 may include a spring and/or telescoping pieces, or other similar mechanisms in order to adjust a distance between the grip 130 and the base 110 while the grip device is in an open position, an extended position, or intermediate positions between the open and extended positions, in a manner similar to that which is described hereinbelow with reference to FIGS. 18, 19, and 20. FIGS. 7B and 8B illustrate examples where the grip device rests on top the handheld device 140 while in a closed position, while FIGS. 7C and 8C illustrate alternate configurations where the grip device fits into a recess within the handheld device 140 in a closed position, such that an

US 8,844,098 B2

5        6

upper surface of the grip device in the closed position is substantially coplanar with an adjacent surface of the handheld device **140**.

FIGS. **11** through **17** are diagrams illustrating grip devices that are movable from an open position into a closed position according to other embodiments of the present invention.

Referring to FIG. **11**, an extension **120** of a grip device may be movably connected to the base **110** and grip **130** such that the grip device **140** may transition from the gripping position through an intermediate state illustrated in FIG. **12**, via a first hinged section **115** between the base **110** and the extension **120** and a second hinge section **125** between the extension **120** and the grip **130**, into a closed position, as illustrated in FIG. **13**. In the closed position, such as illustrated in FIG. **13**, the extension **120** is rotated such that the grip **130** moves towards the base **110** while facing the base **110**. The grip device may be affixed to the handheld device **140** such that the grip device protrudes from the exposed surface of the handheld device **140**, but the present invention is not limited to this configuration. For example, according to embodiments of the present invention, in the closed position, an exposed surface of the grip **130** may be flush with the exposed surface of the handheld device **140**.

The grip device may also include mechanisms for automatically opening and/or closing the device, such that automatic movement is assisted by springs, spring pins, or other such mechanisms. The mechanisms for opening and/or closing the device may be activated various latch mechanisms that would allow a user to open or close the device by pressing the grip device, or more specifically the grip **130** of the grip device, directly, and/or pressing a button, dial, lever, trigger device, or squeezing/pulling one or more sides, etc. located on the grip device or the handheld device **140**. FIGS. **14** through **17** illustrate locations of various latch mechanisms **150** for initiating a mechanism for opening and/or closing the grip device in accordance with embodiments of the present invention. The arrows in FIGS. **14** through **17** indicate directions in which the latch mechanism **150** may moved in order to activate the mechanism for opening and/or closing the grip device. However, embodiments of the present invention are not limited to the directions indicated in these figures, and movements in other directions may be applied to the latch mechanism **150** in accordance with other embodiments of the present invention.

FIGS. **18** to **20** are diagrams illustrating grip devices according to other embodiments of the present invention, where a grip of the grip device moves away from a base of the grip device in a path substantially perpendicular to the base.

Referring to FIG. **18**, the extension **120** may be formed such that it expands/collapses the grip device from the open position to the closed position, such that the grip **130** moves directly towards the base **110** without rotating. For example, as illustrated in FIG. **18**, the extension **120** may include a spring **123**. The spring may be positioned between to the base **110** and the grip **130** such that tension in the spring holds the grip device in the open position or holds the grip device in a closed position, such as illustrated in FIG. **19**. When the spring **123** holds the grip device in the open position, a latch or other locking mechanism (not shown) may be used to hold the grip device in the closed position.

When the spring **123** holds the grip device in the open position, a locking device (not shown) may be used to hold the grip device in the open position, or the grip device may be forcibly held in the open position by placing at least one finger between the plate base **110** and the grip **130** while the grip device is in the open position, such that when the user

removes the finger from the grip device, the spring **123** may automatically move the grip device from the open position to the closed position.

Although the extension **120** of FIG. **18** includes a spring **123** for automatically opening and the grip device, other mechanisms may be used to open/close the handheld device, such that the grip **130** moves directly towards the base **110**. For example, the extension **120** may be formed as a slidable bar that slides into a recess of the base **110**, the grip **130**, and/or the handheld device **140**. In this case the extension **120** may be constructed as a single piece or a series of telescopic pieces **124** that expand/collapse together as the grip device moves from the open to the closed position. Further, a spring (e.g., such as the spring **123** of FIG. **18**) may be used in conjunction with a single piece sliding bar or the series of telescopic pieces **124** in FIG. **20**.

FIGS. **21** and **22** are diagrams illustrating a grip device with a bar-style grip according to another embodiment of the present invention.

Referring to FIGS. **21** and **22**, the grip **430** of the grip device is in the shape of a bar, in contrast to the plate-style shapes of FIG. **1**, for example. As illustrated in FIG. **21**, when the grip device is in the open position, the handheld device **140** may be placed on a surface such as a table with a grip **130** resting on the table such that a user may easily access a display and/or controls on a side of the handheld device **140** while the handheld device **140** is resting on the table, in the same manner as embodiments of the invention described with reference to FIGS. **9** and **10**. Although the grip **130** is illustrated as having a 'T' shape, an 'L' shaped grip, or other shapes may alternatively be provided in accordance with various embodiments of the present invention.

FIGS. **23** to **25** are diagrams illustrating a grip device with two extensions according to another embodiment of the present invention.

Referring to FIGS. **23** to **25**, a grip device according to an embodiment of the present invention may include a plurality of extensions **120** connecting a base **110** to a grip **130**. Although two extensions **120** are illustrated in FIGS. **23** to **25**, any number of extensions may be provided in accordance with embodiments of the present invention. The plurality of extensions **130** provide additional stability, and in an open state, a distance between adjacent extensions **130** may provide space to accommodate one or more fingers, as illustrated in FIG. **25**.

FIG. **26** is a diagram illustrating a range of motion of a user's thumb while using a grip device according to another embodiment of the present invention.

Referring to FIG. **26**, when a user grips a handheld device **140** while using a grip according to an embodiment of the present invention, a user may securely grip the handheld device **140** while the ends of the user's fingers rest on a back of the device. In FIG. **1**, for example, with a conventional apparatus, the joints connecting the user's fingers to his/her hand are positioned along a back surface of the device **10**, when a user securely grips the handheld device **10**.

By contrast, as shown in FIG. **26**, when the user grips the handheld device **140**, the finger joints are positioned beyond a side of the handheld device **140**, allowing these joints to move freely. Therefore, a grip device according to an embodiment of the present invention frees a user's fingers to bend at the joints connecting his fingers to his hand and increases a range of motion of the user's thumb with respect to the handheld device **140**.

As shown above, embodiments of the present invention allow a user to more easily access controls such as a touch screen on a front or sides the handheld device **140** with a

US 8,844,098 B2

**7**

user's thumb, without a need to reposition the handheld device with respect to the user's hand, thereby enabling secure one-handed operation of the handheld device **140**.

Although various embodiments of the invention are herein described and illustrated with various forms of bases, extensions, grips, and handheld devices, the specific embodiments of each component described herein are provided as examples, and the present invention is not limited to only these embodiments. More specifically bases, extensions, and grips within grip devices of any of the described embodiments may be interchanged with other bases, extensions, and grips in accordance with other embodiments of the invention, and may be used in conjunction with any of a variety of handheld devices including the handheld devices described and illustrated herein.

While the invention has been shown and described with reference to certain exemplary embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. An apparatus for gripping a handheld device, the apparatus comprising:

a base for affixing the apparatus to a first surface of the handheld device;

an extension extending from the base at a first end of the extension;

a first hinged section rotatably connecting the extension to the base at the first end of the extension about a first axis of rotation;

a substantially planar grip extending from the extension at a second end of the extension opposite to the first end of the extension; and

a second hinged section rotatably connecting the grip to the second end of the extension towards a center of the extension about a second axis of rotation, such that a first substantially planar portion of the grip extends outwardly from a first side of the second axis of rotation while a second substantially planar portion of the grip extends outwardly from a second side of the second axis of rotation opposite the first side,

wherein the first and second hinged sections enable rotation of the extension and grip from a closed position through an intermediate position, into an open position, such that, in the closed position the base, the extension, and the grip are substantially parallel to the first surface of the handheld device, and, in the opened position, the base and the grip are substantially parallel to the first surface of the handheld device and the extension is substantially perpendicular to the first surface of the handheld device, and

wherein, the apparatus is structured to receive two fingers of a user's hand inserted between the grip and the handheld device, such that a user's thumb from the same hand has a range of motion spanning at least a front surface of the handheld device.

**2**. The apparatus of claim **1**, wherein, in the opened position, the extension separates the grip from the base by a distance that ergonomically receives a portion of each of two fingers inserted between the grip and the handheld device at opposite sides of the extension.

**3**. The apparatus of claim **1**, wherein when the grip is at the closed position, an exposed surface of the grip is substantially coplanar with a surface of the handheld device.

**8**

**4**. The apparatus of claim **1**, wherein the extension comprises a spring that provides a force for automatically pushing the grip from the closed position in a direction away from the base into the open position.

**5**. The apparatus of claim **1**, wherein the extension comprises a spring that provides a force for automatically pulling the grip from the open position towards the handheld device into the closed position.

**6**. The apparatus of claim **1**, wherein the extension comprises a plurality of telescoping sections such that the telescoping sections are collapsed in the closed position and extended in the open position.

**7**. The apparatus of claim **1**, further comprising a lock for holding the apparatus in the closed position.

**8**. The apparatus of claim **1**, further comprising a lock for holding the apparatus in an open position for receiving the at least one finger.

**9**. An apparatus for gripping a handheld device, the apparatus comprising:

a base for affixing the apparatus to a first surface of the handheld device;

an extension extending from the base at a first end of the extension;

a first hinged section rotatably connecting the extension to the base at the first end of the extension;

a substantially planar grip extending from the extension at a second end of the extension opposite to the first end of the extension; and

a second hinged section rotatably connecting the grip to the second end of the extension towards a center of the extension about a second axis of rotation, such that a first substantially planar portion of the grip extends outwardly from a first side of the second axis of rotation while a second substantially planar portion of the grip extends outwardly from a second side of the second axis of rotation opposite the first side,

wherein the first and second hinged sections enable rotation of the extension and grip from a closed position through an intermediate position, into an open position, such that, in the closed position the base, the extension, and the grip are substantially parallel to the first surface of the handheld device, and, in the opened position the base and the grip are substantially parallel to the first surface of the handheld device and the extension is substantially perpendicular to the first surface of the handheld device, and

wherein the base is integrated into a removable battery cover of the handheld device.

**10**. An apparatus for gripping a handheld device, the apparatus comprising:

a base for affixing the apparatus to a first surface of the handheld device;

an extension extending from the base at a first end of the extension;

a first hinged section rotatably connecting the extension to the base at the first end of the extension;

a substantially planar grip extending from the extension at a second end of the extension opposite to the first end of the extension; and

a second hinged section rotatably connecting the grip to the second end of the extension towards a center of the extension about a second axis of rotation, such that a first substantially planar portion of the grip extends outwardly from a first side of the second axis of rotation while a second substantially planar portion of the grip extends outwardly from a second side of the second axis of rotation opposite the first side,

US 8,844,098 B2

9

wherein the first and second hinged sections enable rotation of the extension and grip from a closed position through an intermediate position, into an open position, such that, in the closed position the base, the extension, and the grip are substantially parallel to the first surface of the handheld device, and in the opened position the base and the grip are substantially parallel to the first surface of the handheld device and the extension is substantially perpendicular to the first surface of the handheld device, and

wherein the base is integrated into a removable sleeve adapted to substantially cover at least one surface of the handheld device.

**11**. The apparatus of claim **1**, wherein the base is affixable to a recess in the handheld device such that an exposed surface of the base panel is substantially coplanar with a surface of the handheld device.

**12**. The apparatus of claim **1**, wherein the base is integrated to a housing of the handheld device.

**13**. An apparatus for gripping a handheld device, the apparatus comprising:

a base for affixing the apparatus to a first surface of the handheld device;

an extension extending from the base at a first end of the extension;

a first hinged section rotatably connecting the extension to the base at the first end of the extension;

a substantially planar grip extending from the extension at a second end of the extension opposite to the first end of the extension; and

a second hinged section rotatably connecting the grip to the second end of the extension towards a center of the extension about a second axis of rotation, such that a first substantially planar portion of the grip extends outwardly from a first side of the second axis of rotation while a second substantially planar portion of the grip extends outwardly from a second side of the second axis of rotation opposite the first side,

wherein the first and second hinged sections enable rotation of the extension and grip from a closed position through an intermediate position, into an open position, such that, in the closed position the base, the extension, and the grip are substantially parallel to the first surface of the handheld device, and, in the opened position the base and the grip are substantially parallel to the first surface of the handheld device and the extension is substantially perpendicular to the first surface of the handheld device, and

wherein a lower surface of the grip facing towards the base in the opened position includes two contoured surfaces along the opposite sides of the extension, such that the contoured surfaces are structured to ergonomically receive the user's fingers inserted between the grip and the handheld device.

**14**. The apparatus of claim **1**, wherein the grip is positionable to support the handheld device resting on a surface in a viewing orientation.

**15**. The apparatus of claim **14**, wherein the grip is positionable to support the handheld device resting on the surface in each of a landscape viewing orientation and a portrait viewing orientation.

**16**. The apparatus of claim **1**, wherein, in the opened position, the extension separates the base from the grip by a space

10

that ergonomically receives two of a user's fingers inserted between the grip and the base at opposite sides of the extension.

**17**. The apparatus of claim **13**, wherein the extension comprises a spring that provides a force for automatically pushing the grip from the closed position in a direction away from the base into the open position.

**18**. The apparatus of claim **13**, wherein the extension comprises a spring that provides a force for automatically pulling the grip from the open position towards the handheld device into the closed position.

**19**. The apparatus of claim **13**, further comprising a lock for holding the apparatus in the closed position.

**20**. The apparatus of claim **13**, wherein the grip is positionable to support the handheld device resting on a surface in a viewing orientation.

**21**. An apparatus for gripping a handheld device, the apparatus comprising:

a base for affixing the apparatus to a first surface of the handheld device;

an extension extending from the base at a first end of the extension;

a first hinged section rotatably connecting the extension to the base at the first end of the extension;

a substantially planar grip extending from the extension at a second end of the extension opposite to the first end of the extension;

a second hinged section rotatably connecting the substantially planar grip to the second end of the extension towards a center of the extension about a second axis of rotation, such that a first substantially planar portion of the grip extends outwardly from a first side of the second axis of rotation while a second substantially planar portion of the grip extends outwardly from a second side of the second axis of rotation opposite the first side,

wherein the first and second hinged sections enable rotation of the extension and grip from a closed position through an intermediate position, into an open position, such that, in the closed position the base, the extension, and the grip are substantially parallel to the first surface of the handheld device, and, in the opened position the base and the grip are substantially parallel to the first surface of the handheld device and the extension is substantially perpendicular to the first surface of the handheld device, and

wherein the base is integrated into a removable case adapted to substantially cover at least one surface of the handheld device.

**22**. The apparatus of claim **21**, wherein the extension comprises a spring that provides a force for automatically pushing the grip from the closed position in a direction away from the base into the open position.

**23**. The apparatus of claim **21**, wherein the extension comprises a spring that provides a force for automatically pulling the grip from the open position towards the handheld device into the closed position.

**24**. The apparatus of claim **21**, further comprising a lock for holding the apparatus in the closed position.

**25**. The apparatus of claim **21**, wherein the grip is positionable to support the handheld device resting on a surface in a viewing orientation.

**26**. The apparatus of claim **1**, wherein an underside of the grip facing towards the base includes a respective concave curvature on each side of the grip.

\* \* \* \* \*